IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: * | |
| ARTURO LARACUENTE GONZALEZ | |
| RAMONA DEL C. RAMOS FLORES | CASE NO. 08-03377-BKT |
| DEBTOR (S) * | |
| | CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO | |
| MOVANT (S) * | INDEX |
| Vs. | |
| ARTURO LARACUENTE GONZALEZ * | |
| RAMONA DEL C. RAMOS FLORES | |
| ALEJANDRO OLIVERAS, TRUSTEE | |
| * | |

**DEBTORS' RESPONSE TO MOTION REQUESTING RELIEF
FROM THE AUTOMATIC STAY**

TO THE HONORABLE COURT:

**NOW COME** debtors through the undersigned attorney, and very respectfully state and pray as follow:

1. Banco Popular de Puerto Rico filed a Motion requesting relief from the automatic stay basically alleging that debtors are in arrears in their post-petition payments with said creditor.

2. On September 23, 2010, the debtors filed a Post-Confirmation Modification of Chapter 13 Plan, docket **56**. This Post-Confirmation Modification of Chapter 13 Plan is filed to provide for payments to Banco Popular de Puerto Rico, therefore, curing any and all arrears with said creditor.

**WHEREFORE**, debtors request this Honorable Court to deny the Motion for relief from stay filed by Banco Popular de Puerto Rico, in the above captioned case.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Attorney for Movant, Cardona Jimenez Law Offices, PSC; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Arturo Laracuente Gonzalez and Ramona Del C. Ramos Flores.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of September, 2010.

>*/s/ Roberto Figueroa Carrasquillo*
>ROBERTO FIGUEROA CARRASQUILLO
>USDC #203614
>ATTORNEYS FOR PETITIONER
>PO BOX 193677
>SAN JUAN PR 00919-3677
>TEL NO (787) 744-7699 FAX 746-5294
>EMAIL: rfigueroa@prtc.net